**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| LION FORCE TRANSPORT INC., *et al.*,[1] | Case No.: 26-90717 (ARP) |
| Debtors in a Foreign Proceeding. | (Joint Administration Pending) |

## NOTICE OF DESIGNATION AS COMPLEX CHAPTER 15 BANKRUPTCY CASE

The Fuller Landau Group Inc. ("Fuller"), in its capacity as the foreign representative (the "Foreign Representative") of the above-captioned Debtors, each of which is subject to a receivership proceeding in Canada (the "Foreign Proceedings") pursuant to section 243(1) of the Bankruptcy and Insolvency Act, R.S.C. 1985, c. B-3, as amended, and section 101 of the Courts of Justice Act, R.S.O. 1990, c. C.43, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), files this *Notice of Designation of a Complex Chapter 15 Bankruptcy Case*.  The undersigned counsel of the Foreign Representative believes that this chapter 15 case qualifies as a complex chapter 15 case because:

    X   The Foreign Debtor has total debt of more than $10 million;

_____ There are more than 50 parties in interest in this case;

_____ Claims against the Foreign Debtor are publicly traded;

_____ Other (Substantial explanation is required. Attach additional sheets if necessary.)

---

[1] The chapter 15 debtors in these chapter 15 cases (the "Debtors"), along with the last four digits of the Debtors' Canadian business number, are as follows: Lion Force Transport Inc. (4050); 2696942 Ontario Inc. (6942); 2854233 Ontario Inc. (4233).  The Debtors' executive headquarters are located at 27 Automatic Road, Brampton Ontario, L6S 5N8.

2

Dated: July 21, 2026

Respectfully submitted,

/s/ *John R. Hardin*
John R. Hardin (TX Bar No. 24012784)
john.hardin@ashurstperkins.com
ASHURST PERKINS COIE US LLP
2699 Howell Street, Suite 700
Dallas, Texas 75204
Telephone: (214) 965-7700

Tina N. Moss, (pro hac vice pending)
tina.moss@ashurstperkins.com
Karli K. Wade, (pro hac vice pending)
karli.wade@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6900

*Attorneys for The Fuller Landau Group Inc.,*
*as Court-Appointed Receiver and Foreign*
*Representative for Debtors*

## Certificate of Service

I certify that on July 21, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/John R. Hardin
John R. Hardin