## EXHIBIT A

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| LION FORCE TRANSPORT INC., *et al.*,[1] | Case No.: 26-90717 (ARP) |
| Debtors in a Foreign Proceeding. | (Joint Administration Pending) |

**ORDER APPLYING COMPLEX CASE PROCEDURES TO CHAPTER 15 CASE**

The *Procedures for Complex Cases in the Southern District of Texas* (Effective September 18, 2024) apply to the above captioned chapter 15 case.

Dated: _____
           Houston, Texas

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The chapter 15 debtors in these chapter 15 cases (the "Debtors"), along with the last four digits of the Debtors' Canadian business number, are as follows: Lion Force Transport Inc. (4050); 2696942 Ontario Inc. (6942); 2854233 Ontario Inc. (4233).  The Debtors' executive headquarters are located at 27 Automatic Road, Brampton Ontario, L6S 5N8.