**EXHIBIT A**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| LION FORCE TRANSPORT INC., *et al.*,[1] | Case No.: 26-90717 (ARP) |
| Debtors in a Foreign Proceeding. | (Joint Administration Pending) |

**ORDER (I) SCHEDULING RECOGNITION**
**HEARING, (II) SPECIFYING FORM AND MANNER OF**
**SERVICE OF NOTICE, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Scheduling Motion")[2] of the Fuller Landau Group Inc. ("Fuller")

in its capacity as the foreign representative (the "Foreign Representative") of the above-captioned

debtors (the "Debtors"), seeking entry of an order (a) scheduling a hearing on the relief sought in

the Verified Petition, (b) setting the deadline by which any responses or objections to the Verified

Petition must be received, (c) approving the form of notice of the Recognition Hearing,

substantially in the form attached hereto as **Exhibit 1** (the "Notice"), (d) approving the manner of

service of the Notice, and (e) granting related relief; and this Court having found that it has

jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and that this is a core proceeding

pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the

Scheduling Motion in this district is proper pursuant to 28 U.S.C. § 1410(1); and that this Court

may enter a final order consistent with Article III of the United States Constitution; and adequate

---

[1] The chapter 15 debtors in these chapter 15 cases (the "Debtors"), along with the last four digits of the Debtors' Canadian business number, are as follows: Lion Force Transport Inc. (4050); 2696942 Ontario Inc. (6942); 2854233 Ontario Inc. (4233).  The Debtors' executive headquarters are located at 27 Automatic Road, Brampton Ontario, L6S 5N8.

[2] Capitalized terms used in this Order, but not defined herein, have the meanings ascribed to such terms in the Scheduling Motion.

and sufficient notice of the filing of the Scheduling Motion having been given by the Foreign Representative; and it appearing that the relief requested in the Scheduling Motion is necessary and beneficial to the Debtors; and no objections or other responses having been filed that have not been overruled, withdrawn, or otherwise resolved; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Scheduling Motion is granted to the extent set forth herein.

2. A virtual hearing on the relief requested in the Verified Petition is scheduled for **_____, 2026 at _:00 _.m. (prevailing Central Time)**.

3. The form of Notice is hereby approved. The Foreign Representative may fill in any missing dates and other information as ordered by this Court, correct any typographical errors, conform the provisions thereof to the provisions of this Order and make such other and further non-material, non-substantive changes to the form of Hearing Notice as the Foreign Representative deems necessary or appropriate.

4. Service of the Notice in accordance with the procedures set forth in the Scheduling Motion satisfies the requirements of the Bankruptcy Code, the Bankruptcy Rules, including Bankruptcy Rule 2002(q), and the Bankruptcy Local Rules, and shall constitute good and sufficient service and adequate notice of the Verified Petition and the Recognition Hearing. No other or further notice is required.

5. The Foreign Representative shall serve the Notice Documents and any subsequent notices upon any party that files a notice of appearance in these Chapter 15 Cases within three (3) business days of the filing of such notice of appearance, or as soon thereafter as practicable, if such documents have not already been served on such party (or its counsel).

2

6. All notice requirements set forth in Section 1514(c) of the Bankruptcy Code are inapplicable in the context of these Chapter 15 Cases or are hereby waived.

7. Responses or objections to the Verified Petition and the relief requested therein must be made pursuant to the Bankruptcy Code, the Bankruptcy Local Rules, and the Bankruptcy Rules, including, without limitation, Bankruptcy Rule 1012, and such response or objection must be in writing and must set forth the basis for the response or objection. The response or objection must be filed with the Court **no later than _____, 2026, at 4:00 p.m. (prevailing Central Time)** (the "Objection Deadline").

8. The Recognition Hearing may be adjourned from time to time without further notice other than a notice of adjournment in open court or a notice of adjournment filed on the docket in these Chapter 15 Cases or an announcement in open court of the adjourned date or dates of any further adjourned hearing.

9. The Recognition Hearing shall be a final and evidentiary hearing at which witnesses may testify.

10. The Foreign Representative is authorized to redact the email addresses and home addresses of all individual persons from the Petitions and other documents filed with this Court in these Chapter 15 Cases; provided, that the Foreign Representative shall file unredacted versions of all such documents under seal with the Court within five (5) business days of the later of (a) the date of this Order and (b) the date of filing of the relevant document, and shall provide an unredacted version of such documents to the U.S. Trustee upon request and, upon the execution of an appropriate confidentiality agreement reasonably acceptable to the Foreign Representative or, alternatively, entry of an order granting a written motion to the Court that indicates the reason such information is needed, to any other party in interest if requested.

11. The Foreign Representative is authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

12. This Order is without prejudice to the Foreign Representative requesting any additional relief in these Chapter 15 Cases.

13. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

14. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____

Houston, Texas

_____

UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

**Notice of Recognition Hearing**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| LION FORCE TRANSPORT INC., *et al.*,[1] | Case No.: 26-90717 (ARP) |
| Debtors in a Foreign Proceeding. | (Joint Administration Pending) |

**NOTICE OF VERIFIED PETITION FOR RECOGNITION OF FOREIGN**
**PROCEEDINGS AND MOTION FOR AN ORDER GRANTING RECOGNITION OF**
**<u>FOREIGN PROCEEDINGS AND RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that on July 21, 2026, The Fuller Landau Group Inc., in its capacity court-appointed receiver for the Debtors, and in that capacity as the foreign representative of the above-captioned Debtors (the "Foreign Representative"), each of which is subject to a foreign proceeding in Canada (collectively, the "<u>Foreign Proceedings</u>") pursuant to Section 243(1) of the Bankruptcy and Insolvency Act, R.S.C. 1985, c. B-3, as amended, and Section 101 of the Courts of Justice Act. R.S.O. 1990, c. C.43, as amended, before the Ontario Superior Court of Justice (Commercial List) (the "<u>Canadian Court</u>"), filed, among other things, voluntary petitions for relief under chapter 15 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") for the Debtors and the *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief under Chapter 15 of the Bankruptcy Code* (the "<u>Verified Petition</u>") in the United States Bankruptcy Court for the Southern District of Texas (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Verified Petition requests entry of an order recognizing the Foreign Proceedings as foreign main proceedings pursuant to section 1517 of the Bankruptcy Code, granting related relief pursuant to section 1520 of the Bankruptcy Code, and granting certain additional relief pursuant to sections 1507 and 1521 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Verified Petition (the "<u>Recognition Hearing</u>") will be held before the Honorable _____, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of Texas, on **_:00 _.m. (prevailing Central Time) on _____, 2026**. The Recognition Hearing will be conducted virtually. Participation at the Recognition Hearing will only be permitted by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510** and enter the conference code _____.   The video

---

1   The chapter 15 debtors in these chapter 15 cases (the "<u>Debtors</u>"), along with the last four digits of the Debtors' Canadian business number, are as follows: Lion Force Transport Inc. (4050); 2696942 Ontario Inc. (6942); 2854233 Ontario Inc. (4233).  The Debtors' executive headquarters are located at 27 Automatic Road, Brampton Ontario, L6S 5N8.

communication will be by use of the GoToMeeting Platform. Connect via the free **GoToMeeting** application or click the link on Judge _____'s home page. The meeting code is "Judge____." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to submit a response or objection to the Verified Petition must do so in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules, and such response or objection must be in writing and must set forth the basis for the response or objection. The response or objection must be filed with the Court by _____, 2026, at 4:00 p.m. (prevailing Central Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that copies of the Verified Petition and all other documents filed in these Chapter 15 Cases can be accessed from the Court's website at http://www.txs.uscourts.gov (a PACER login and password are required to retrieve documents).

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court or a notice of adjournment filed on the docket in these Chapter 15 Cases.

**PLEASE TAKE FURTHER NOTICE** that it is anticipated that the Court may communicate directly with, or request information or assistance directly from, the Canadian Court and/or the Foreign Representative pursuant to section 1525 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Verified Petition carefully and discuss it with your attorney, if you have one in connection with these Chapter 15 Cases. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the Foreign Representative, or if you want the Court to consider your views on any matter requested at the Recognition Hearing, then you or your attorney must attend such hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the Foreign Representative and may enter an order granting the relief requested.

Dated: _____, 2026                          Respectfully submitted,


                                                 /s/_____
                                                 John R. Hardin (TX Bar No. 24012784)
                                                 john.hardin@ashurstperkins.com
                                                 ASHURST PERKINS COIE US LLP
                                                 2699 Howell Street, Suite 700
                                                 Dallas, Texas 75204
                                                 Telephone: (214) 965-7700

                                                 Tina N. Moss, (pro hac vice pending)
                                                 tina.moss@ashurstperkins.com

2

Karli K. Wade, (pro hac vice pending)
karli.wade@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6900

*Attorneys for The Fuller Landau Group Inc.,
as Court-Appointed Receiver and Foreign
Representative for Debtors*

3