UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Select the Division | Main Case Number | |
|---|---|---|---|
| Debtor | In Re:  Lion Force Transport Inc. | | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Tina N. Moss, NY Bar No. 4088472<br>TMoss@perkinscoie.com<br>PERKINS COIE LLP<br>1155 Avenue of the Americas, 22nd Floor<br>New York, NY 10036-2711<br>212.262.6910 |

Seeks to appear as the attorney for this party: The Fuller Landau Group Inc., as Court-Appointed Receiver and Foreign Representative for Debtors

| | |
|---|---|
| | |
| Dated:  July 21, 2026 | Signed: /s/  *Tina N. Moss* |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
| Dated: | Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                                   United States Bankruptcy Judge