**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | |
| LION FORCE TRANSPORT INC., | Chapter 15 |
| Debtor in a Foreign Proceeding | Case No.  26-90717 (ARP) |
| In re: | |
| 2696942 ONTARIO INC., | Chapter 15 |
| Debtor in a Foreign Proceeding | Case No. 26-90718 (ARP) |
| In re: | |
| 2854233 ONTARIO INC., | Chapter 15 |
| Debtor in a Foreign Proceeding | Case No. 26-90719 (ARP) |

**NOTICE OF APPEARANCE UNDER FED. R. BANKR. P. 9010(b),**
**REQUEST FOR ALL COPIES PURSUANT TO FED. R. BANKR. P. 2002 AND**
**REQUEST FOR ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017 (a)**

The Fuller Landau Group Inc., as Court-Appointed Receiver and Foreign Representative for Debtors ("Fuller"), by and through its undersigned counsel, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

> John Hardin
> Ashurst Perkins Coie US LLP
> 500 N. Akard Street, Suite 3300
> Dallas, Texas 75201-3347
> Telephone: (214) 965-7700
> john.hardin@ashurstperkins.com

188750913.2

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017 or 9007 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of Fuller (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in this case or in any case, controversy, or proceedings related to this case, (v) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or (vi) to any rights, claims, actions, setoffs, or recoupments to which Fuller may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

188750913.2

Case 26-90717 Document 12 Filed in TXSB on 07/22/26 Page 3 of 4

Dated: July 22, 2026

Respectfully submitted,

**_/s/John Hardin_**
John Hardin (TX Bar No. 24012784)
ASHURST PERKINS COIE US LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
john.hardin@ashurstperkins.com

_Counsel to The Fuller Landau Group Inc., as
Court-Appointed Receiver and Foreign
Representative for Debtors_

188750913.2

**<u>Certificate of Service</u>**

I certify that a true and correct copy of the foregoing was served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on July 22, 2026.

*/s/ John Hardin*
John Hardin

188750913.2