United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 22, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| LION FORCE TRANSPORT INC., | **Chapter 15** |
| Debtor in a Foreign Proceeding | Case No. 26-90717 (ARP) |
| In re: | |
| 2696942 ONTARIO INC., | **Chapter 15** |
| Debtor in a Foreign Proceeding | Case No. 26-90718 (ARP) |
| In re: | |
| 2854233 ONTARIO INC., | **Chapter 15** |
| Debtor in a Foreign Proceeding | **Case No.** 26-90719 (ARP**)** |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 15
CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of The Fuller Landau Group Inc., in its capacity as the court-appointed receiver and foreign representative (the "Foreign Representative") of Lion Force Transport Inc. ("Lion Force") and the above-captioned debtors (collectively, the "Debtors"), pursuant to Bankruptcy Rule 1015 for entry of an order (this "Order") authorizing joint administration of the Debtors' Chapter 15 Cases for procedural purposes only, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and the Debtors having consented to the Court's authority to enter a final order consistent with Article III of the United States Constitution;

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and upon the Verified Petition, the Foreign Representative Declaration, and the Foreign Attorney Declaration; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      The above-captioned Chapter 15 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 26-90717 (ARP).

3.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| Lion Force Transport Inc., et al.,[1]<br><br>    Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No.  26-90717 (ARP)<br><br>(Jointly Administered) |
| --- | --- |

[1]      The chapter 15 debtors in these chapter 15 cases (the "Debtors"), along with the last four digits of the Debtors' Canadian business number, are as follows: Lion Force Transport Inc. (4050); 2696942 Ontario Inc. (6942); 2854233 Ontario Inc. (4233).  The Debtors' executive headquarters are located at 27 Automatic Road, Brampton Ontario, L6S 5N8.

4.      The Clerk of this Court shall maintain one file and one docket for these jointly administered cases, which file and docket for all of these Chapter 15 Cases shall be the file and

docket for the Chapter 15 Case of Lion Force Transport Inc., Case No. 26-90717 (ARP).

5.      The Clerk of the Court shall make a docket entry in each Debtor's Chapter 15 Case (except that of Lion Force) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 15 cases of Lion Force Transport Inc., 2696942 Ontario Inc., and 2854233 Ontario Inc. The docket in the chapter 15 case of Lion Force Transport Inc., Case No. 26-90717 (ARP) should be consulted for all matters affecting this case.

6.      Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of these Chapter 15 Cases.

7.      The Foreign Representative is authorized to (a) utilize a combined service list for the Debtors' jointly administered cases and (b) send combined notices to creditors of the Debtors and other parties in interest as applicable.

8.      The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

9.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: July 21, 2026

Alfredo R Pérez
United States Bankruptcy Judge

-4-