United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 22, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 15 |
| LION FORCE TRANSPORT INC., *et al.*,[1] | Case No.: 26-90717 (ARP) |
| Debtors in a Foreign Proceeding. | (Joint Administration Pending) |

## ORDER APPLYING COMPLEX CASE PROCEDURES TO CHAPTER 15 CASE

The *Procedures for Complex Cases in the Southern District of Texas* (Effective September 18, 2024) apply to the above captioned chapter 15 case.

Signed: July 21, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

---

[1] The chapter 15 debtors in these chapter 15 cases (the "Debtors"), along with the last four digits of the Debtors' Canadian business number, are as follows: Lion Force Transport Inc. (4050); 2696942 Ontario Inc. (6942); 2854233 Ontario Inc. (4233). The Debtors' executive headquarters are located at 27 Automatic Road, Brampton Ontario, L6S 5N8.