**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| LION FORCE TRANSPORT INC., *et al.*,[1] | Case No.: 26-90717 (ARP) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF APPEARANCE UNDER FED. R. BANKR. P. 9010(b),
REQUEST FOR ALL COPIES PURSUANT TO FED. R. BANKR. P. 2002 AND
REQUEST FOR ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017 (a)**

The Fuller Landau Group Inc., as Court-Appointed Receiver and Foreign Representative

for Debtors ("Fuller"), by and through its undersigned counsel, requests that all notices given or

required to be given and all papers served or required to be served by U.S. Mail and by email in

the above-captioned case be given to and served upon:

> Tina N. Moss
> Ashurst Perkins Coie US LLP
> 1155 Avenue of the Americas 22nd Floor
> New York, NY 10036-2711
> Telephone: (212) 262-6910
> tina.moss@ashurstperkins.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b)

of Title 11, United States Code, or in Rules 2002, 3017 or 9007 of the Federal Rules of Bankruptcy

Procedure, including, without limitation, notices of any orders, motions, demands, complaints,

petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and

---

[1] The chapter 15 debtors in these chapter 15 cases (the "Debtors"), along with the last four digits of the Debtors' Canadian business number, are as follows: Lion Force Transport Inc. (4050); 2696942 Ontario Inc. (6942); 2854233 Ontario Inc. (4233). The Debtors' executive headquarters are located at 27 Automatic Road, Brampton Ontario, L6S 5N8.

188754457.1

any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of Fuller (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in this case or in any case, controversy, or proceedings related to this case, (v) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or (vi) to any rights, claims, actions, setoffs, or recoupments to which Fuller may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 22, 2026

Respectfully submitted,

**_/s/Tina N. Moss_**
Tina N. Moss (*pro hac vice*)
Ashurst Perkins Coie US LLP
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6910

*Counsel to The Fuller Landau Group Inc., as Court-Appointed Receiver and Foreign Representative for Debtors*

188754457.1

## Certificate of Service

I certify that a true and correct copy of the foregoing was served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on July 22, 2026.

*/s/Tina N. Moss*
Tina N. Moss

188754457.1