**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| LION FORCE TRANSPORT INC., *et al.*,[1] | Case No.: 26-90717 (ARP) |
| Debtors in a Foreign Proceeding. | (Joint Administration Pending) |

**AGENDA FOR HEARING SCHEDULED FOR AUGUST 26, 2026, 9:00 A.M. (PREVAILING CENTRAL TIME)**

The Fuller Landau Group as the court-appointed Receiver (in such capacity as the "Receiver") and authorized foreign representative (in such capacity, the "Foreign Representative") of the above-captioned debtors ("Lion Force Group" or the "Debtors"), files its agenda for matters set for virtual hearing on August 26, 2026, at 9:00 a.m. (prevailing Central Time).

1. *Verified Petition of Foreign Representative for (I) Recognition of Canadian Proceedings as Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief under Chapter 15 of the Bankruptcy Code*, filed July 21, 2026 [ECF No. 2]

   Status: This matter is going forward on an uncontested basis.

   Related Documents:

   A. Chapter 15 Petition for Lion Force Transport, Inc. [ECF No. 1]

   B. Chapter 15 Petition for 2696942 Ontario Inc. (Case No. 26-90718 (ARP) [ECF No. 1])

   C. Chapter 15 Petition for 2854233 Ontario Inc. (Case No. 26-90719 (ARP) [ECF No. 1])

[1] The chapter 15 debtors in these chapter 15 cases (the "Debtors"), along with the last four digits of the Debtors' Canadian business number, are as follows: Lion Force Transport Inc. (4050); 2696942 Ontario Inc. (6942); 2854233 Ontario Inc. (4233). The Debtors' executive headquarters are located at 27 Automatic Road, Brampton Ontario, L6S 5N8.

D. *Declaration of Foreign Representative Pursuant to 11 U.S.C. § 1515 and Rule 1007(a)(4) and in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [ECF No. 3]

E. *Declaration of Roger Jaipargas in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* [ECF No. 4]

F. *Witness and Exhibit List* [ECF No. 41]

**PLEASE TAKE NOTICE** that this hearing will take place by audio and video participation only. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Perez's home page. The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Perez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated: August 24, 2026

Respectfully submitted,

/s/ Tina N. Moss
Tina N. Moss, (admitted *pro hac vice*)
tina.moss@ashurstperkins.com
Karli K. Wade (admitted *pro hac vice*)
karli.wade@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone (212) 262-6900

Martin E. Gilmore (TX Bar No. 24012784)
martin.gilmore@ashurstperkins.com
ASHURST PERKINS COIE US LLP
405 Colorado Street, Suite 100
Austin, Texas 78701
Telephone: (737) 256-6100

*Attorneys for The Fuller Landau Group Inc., as Court-Appointed Receiver and Foreign Representative for Debtors*